**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie JACK, Defendant–Appellant.**

**No. 06–5925.**

United States Court of Appeals,
Sixth Circuit.

Aug. 15, 2007.

Before: KENNEDY and COOK, Circuit Judges; and ALDRICH, District Judge.*

\* The Honorable Ann Aldrich, United States District Judge for the Northern District of Ohio, sitting by designation.

PER CURIAM.

Having reviewed the parties' briefs and joint appendix, the court affirms the judgment of the district court as the record fails to demonstrate unreasonableness in Willie Jack's sentence. We note the district court's: sufficient review of the § 3553(a) factors relevant to a revocation of supervised release pursuant to § 3583(e); correct application of the Guidelines (Jack's misunderstanding of U.S.S.G. § 7B1.4 Application Notes, n. 3 notwithstanding); and the absence of improper judicial fact-finding, as confirmed by Jack's revocation-hearing admission to violating certain conditions of supervised release.

Judgment affirmed.